762 A.2d 213

IN THE MATTER OF RON MARTIN KUBIAK,
AN ATTORNEY AT LAW.

December 6, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **RON MARTIN KUBIAK** of **CAMDEN**, who was admitted to the bar of this State in 1970, and who thereafter was suspended from the practice of law for a period of three months effective March 20, 2000, and who remains suspended to this date, should be reprimanded for violating *RPC* 7.1, *RPC* 7.2 and *RPC* 7.5 (using false and misleading advertising), and good cause appearing;

It is ORDERED that **RON MARTIN KUBIAK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.